| | |
|---|---|
| Debtor 1 | Christopher L. Comeaux & Rebecca M Comeaux |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Western District of Louisiana |
| Case number | 1950135 |

## Official Form 410S1

# Notice of Mortgage Payment Change

**12/15**

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:**
Wells Fargo Bank, N.A.

**Court claim no.** (if known): 17

**Date of payment change:**
Must be at least 21 days after date of this notice      09/01/2019

**New total payment:**
Principal, interest, and escrow, if any      $ 557.22

**Last 4 digits** of any number you use to identify the debtor's account:      8  1  8  6

| Part 1: | Escrow Account Payment Adjustment |
|---|---|

1. **Will there be a change in the debtor's escrow account payment?**

   ☑ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment: $ _____      New escrow payment: $ _____

| Part 2: | Mortgage Payment Adjustment |
|---|---|

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☐ No
   ☑ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate:      8.62500 %      New interest rate:      8.00000 %

   Current principal and interest payment: $ 579.00      New principal and interest payment: $ 557.22

| Part 3: | Other Payment Change |
|---|---|

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*
   Reason for change:

   Current mortgage payment: $ _____      New mortgage payment: $ _____

| Part 4: | Sign Here |
|---------|-----------|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/Edina Hadzic                                       Date 07/12/2019
_____
Signature

Print: HADZIC, EDINA                                    VP Loan Documentation
       First Name      Middle Name      Last Name       Title

Company Wells Fargo Bank, N.A.

Address  MAC N9286-01Y
         Number          Street

         1000 Blue Gentian Road
         Address 2

         Eagan                         MN      55121-7700
         City                          State   ZIP Code

Contact phone 800-274-7025                              NoticeOfPaymentChangeInquiries@wellsfargo.com
                                                        Email

# UNITED STATES BANKRUPTCY COURT

Western District of Louisiana

Chapter   13   No.  1950135
Judge:  John W. Kolwe

In re:

Christopher L. Comeaux & Rebecca M Comeaux

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before July 15, 2019 via filing with the US Bankruptcy Court's CM ECF system and/or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid or FedEx.

Debtor:

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

Christopher L. Comeaux & Rebecca M Comeaux
104 Wallace Drive

Lafayette LA 70501

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

N/A

Debtor's Attorney:

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

Lisa W. Thomas
Attorney
201 E. Cypress St.

Lafayette LA 70501

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

N/A

Trustee:

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

Keith A. Rodriguez
Trustee
P. O. Box 3445

Lafayette LA 70502

/s/Edina Hadzic

VP Loan Documentation
Wells Fargo Bank, N.A.

*WELLS FARGO HOME MORTGAGE*
*RETURN MAIL OPERATIONS*
*PO BOX 14472*
*DES MOINES, IA 50306*



| **Account Information** | |
|---|---|
| **Fax:** | (866) 278-1179 |
| **Telephone:** | (866) 234-8271 |
| **Correspondence:** | PO Box 10335 |
| | Des Moines, IA 50306 |
| **Hours of Operation:** | Mon - Fri, 6 a.m. - 10 p.m., |
| | Sat, 8 a.m. - 2 p.m., CT |
| **Loan Number:** | |
| **Property Address:** | 104 Wallace Drive |
| | Lafayette LA 70501 |

CHRISTOPHER COMEAUX
REBECCA W COMEAUX
104   WALLACE DRIVE
LAFAYETTE, LA 70501

July 10, 2019

### Changes to Your Mortgage Interest Rate and Payments on September 1, 2019.

Under the terms of your Adjustable-Rate Mortgage (ARM), you had a six month period during which your interest rate stayed the same. That period ends on August 1, 2019, so on that date your interest rate changes. After that, your interest rate may change every six months for the rest of your loan term.

| | **Current** Interest Rate and Monthly Payment | **New** Interest Rate and Monthly Payment |
|---|---|---|
| Interest Rate | **8.62500%** | **8.00000%** |
| Principal | $151.73 | $161.92 |
| Interest | $427.27 | $395.30 |
| **Total Monthly Payment** | **$579.00** | **$557.22 (due September 1, 2019)** |

**Interest Rate:** We calculated your interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin ". We round the result of this addition to the nearest one eighth of one percentage point (0.12500%). Under your loan agreement, your index rate is 2.20050% and your margin is 5.75000%. Your "6 Month Libor; The 1st Business Day Of The Month" index is published monthly by the Wall Street Journal.

**Interest Rate Limits:** Your interest rate cannot go higher than 13.62500% during the life of the loan. Your interest rate cannot go lower than 7.62500% during the life of the loan.  Your interest rate can increase on this Change Date by no more than 1.00000%.  Your interest rate can decrease on this Change Date by no more than 1.00000%.

| **Account Information** |
| --- |
| **Loan Number:** |
| **Property Address:**   104 Wallace Drive<br>Lafayette LA 70501 |

| **Changes to Your Mortgage Interest Rate and Payments on September 1, 2019.** |
| --- |

**New Interest Rate and Payment:**  The table above shows your new interest rate and new monthly payment. Your new payment is based on the "6 Month Libor; The 1st Business Day Of The Month" index, your margin, a projected loan balance of $59,295.20, and a remaining loan term of 186 months. Your current loan balance may be greater than the amount projected in this notice. Refer to your billing statement for your outstanding unpaid loan balance.

**Note:** Payment change limitations may not apply on certain payment change dates. Please refer to your loan documents for information regarding the limit to the amount that your payment may change and when this limit doesn't apply.

**Prepayment Penalty:**  None.

If you have questions or concerns about your upcoming change, please call us at the number listed in the account information box.

Sincerely,

*Bethanne R Ross*

Bethanne R Ross
Loan Administration Manager
Wells Fargo Home Mortgage